**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Allied Aviation Fueling Company of Houston, and Reginal Willis v. Cecilia Cruz, individually and as next friend and representative of Ulysses D. Cruz, and S.C., a minor, and Angelo G. Cruz

Appellate case number: 01-22-00083-CV

Trial court case number: 2019-81830

Trial court: 127th District Court of Harris County

The parties have filed a joint motion to abate this appeal to permit the parties to complete the terms of a mediated settlement, which they anticipate to be completed by the end of May. The parties state that upon completion of the settlement, they will jointly move to dismiss the appeal.

The motion is granted and the appeal is ordered abated until June 1, 2023, or until further order of this Court. The Court directs the parties to file an update regarding the status of the settlement **on or before May 19, 2023**.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
        ☑ Acting individually    ☐ Acting for the Court

Date: ___January 26, 2023_____